**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar #068687)
norm@bamlawca.com
Kyle R. Nordrehaug (State Bar #205975)
kyle@bamlawca.com
Aparajit Bhowmik (State Bar #248066)
aj@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK KUTZMAN and JAMIE LEONARDO, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DERREL'S MINI STORAGE, INC. a California Corporation; and Does 1 through 50, Inclusive,<br><br>Defendant. | Case No. 1:18-cv-00755-AWI-JLT<br><br>**[PROPOSED] ORDER FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br>**(Doc. 10)** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs RICK KUTZMAN and JAMIE LEONARDO may have leave to file the First Amended Complaint, a copy of which is attached as Exhibit #1 to the Stipulation For Leave For Plaintiffs To File First Amended Complaint, and Defendant shall have 21 days to respond after service of the First Amended Complaint.

IT IS SO ORDERED.

Dated: **July 18, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE