# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK KUTZMAN and**<br>**JAMIE LEONARDO, individuals,**<br>**and on behalf of themselves,**<br>**and on behalf of others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**DERREL'S MINI STORAGE, INC.,**<br>**a California corporation**<br><br>**Defendant.** | **CASE NO. 1:18-CV-755 AWI-JLT**<br><br>**ORDER ON PARTIES' NOTICE OF SETTLEMENT AND STIPULATION, ORDER ON PLAINTIFF'S MOTION TO AMEND AND VACATING HEARING THEREON, AND ORDER VACATING DOCUMENT NO. 24**<br><br>(Doc. Nos. 20, 24, 25) |

On November 11, 2018, Plaintiffs filed a motion for invalidation of settlement agreements. See Doc. No. 19. On November 21, 2018, Plaintiffs filed a motion to amend the complaint. See Doc. No. 20.

On December 18, 2018, the Court issued an order on Plaintiff's motion to invalidate. See Doc. No. 24. The Court granted in part and denied in part the motion, and included an order to show cause against Defendant. See id. A briefing schedule was set on the show cause matter. See id.

Also on December 18, 2018, and two minutes after the Court's order was issued, the parties filed a combined joint notice of settlement, a stipulation for Plaintiffs to file a second amended complaint, and a stipulation to vacate dates. See Doc. No. 25. The notice states that the parties have reached a tentative class wide settlement, and there is no longer a need to rule on the motion to invalidate. See id. Further, the notice states that Defendant will not oppose the motion to amend and that the January 14, 2019, hearing date for that motion is unnecessary. See id.

In light of the parties' notice, and to aid in the settlement process and the efficient resolution of this case, the Court finds that the prudent thing to do is to vacate the entirety of the Court's December 18, 2018 order on Plaintiffs' motion to invalidate. Further, the Court will vacate the January 14, 2019, hearing date on the motion to amend and grant the motion to amend as unopposed.

With respect to continuing the process of resolving this case, the Court will order the parties to contact the Magistrate Judge for the purposes of setting a scheduling conference, whereby appropriate dates and deadlines for further filings and hearings can be set.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Document No. 24, the Order on Plaintiffs' Motion To Invalidate Settlement Agreements, is VACATED in its entirety;
2. The January 14, 2019, hearing on Plaintiffs' motion to amend is VACATED;
3. Plaintiffs' motion to amend (Doc. No. 20) is GRANTED and, as soon as possible, but no later than January 14, 2019, Plaintiffs shall file an amended complaint; and
4. As soon as possible, but no later than January 24, 2019, the parties shall contact the Magistrate Judge for purposes of setting a scheduling conference.

IT IS SO ORDERED.

Dated:   December 19, 2018                    _____
                                              SENIOR DISTRICT JUDGE