Howard A. Sagaser, State Bar No. 72492
Ian B. Wieland, State Bar No. 285721
Charles Hamamjian State Bar No. 298685
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendant, DERREL'S MINI STORAGE, INC.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK KUTZMAN, JAMIE LEONARDO, JOSEPH POMILLA, ROSEANN OLIVETO, CHARLES MADDEN and MARIA IBARRA, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DERREL'S MINI STORAGE, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:   1:18-cv-00755-AWI-JLT<br><br>**STIPULATION TO CONTINUE THE FINAL APPROVAL HEARING; ORDER**<br><br>District Judge: Hon. Anthony W. Ishii<br>Robert E. Coyle United States Courthouse, Courtroom 2 |

TO THE HONORABLE COURT:

Plaintiffs Rick Kutzman, Jamie Leonardo, Joseph Pomilla, Roseann Oliveto, Charles Madden, and Maria Ibarra ("Plaintiffs") and Defendant Derrel's Mini Storage, Inc. ("Defendant" or "Derrel's") (collectively referred to herein as the "Parties"), by and through their respective counsel of record, jointly stipulate and agree to continue the final settlement approval hearing date by twenty-eight (28) days.

**WHEREAS**, in the Order dated March 3, 2020 [Doc. No. 39], this Court set the final settlement approval hearing in this matter for June 29, 2020, 1:30 p.m. in Courtroom 2 of the United States District Court, Eastern District, Fresno Division.

**WHEREAS**, as a result of current circumstances, the Parties experienced some delays in assembling the complete Class Data for the mailing of the Class Notice.

STIPULATION AND ORDER

012737.00005 - 255826.1

**WHEREAS**, the Class Data has been assembled and provided to the Settlement Administrator, who is prepared to mail the Class Notice on May 8, 2020.

**WHEREAS**, if the Class Notice is mailed on May 8, 2020, the response deadline for opt outs and written objections would be July 7, 2020, which is after the current final settlement approval hearing in this matter on June 29, 2020.

**WHEREAS**, the Parties agree that the final settlement approval hearing should be continued by twenty-eight (28) days to allow the completion of the notice process in advance of the hearing.

**THEREFORE**, the Parties respectfully request that the Court continue the final settlement approval hearing to July 27, 2020 at 1:30 p.m., or as soon thereafter as is available for the Court.

**IT IS SO STIPULATED**

Dated: April 29, 2020                                **SAGASER, WATKINS & WIELAND PC**


By:  */s/ Ian Wieland*
    Howard A. Sagaser
    Ian B. Wieland
    Charles Hamamjian
    Attorneys for Defendant,
    Derrel's Mini Storage, Inc.


Dated: April 29, 2020                                **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**


By:  */s/ Kyle Nordrehaug*
    Norman B. Blumenthal
    Kyle R. Nordrehaug
    Attorneys for Plaintiffs

STIPULATION AND ORDER

# ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

At the request of the parties, good cause having been shown, the final settlement approval hearing previously set for June 29, 2020 at 1:30 p.m. shall be continued to July 27, 2020 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   May 20, 2020                                              _____
                                                                                    SENIOR  DISTRICT  JUDGE

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

STIPULATION AND ORDER